# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Lowell

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. 21-cr-10183-WGY
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number See attached
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Michael Mao     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** "Whitebodian," a/k/a "Spook," a/k/a "Leno"

**Address** (City & State) Silver Springs, MD

**Birth date (Yr only):** 1986   **SSN (last4#):** 4360   **Sex** M   **Race:** Asian   **Nationality:** United States

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Fred M. Wyshak, III     **Bar Number if applicable** 674033

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Buckingham Correctional VA   ☑ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 01/11/2023     **Signature of AUSA:** *Fred M. Wyshak, III*

**District Court Case Number**  (To be filled in by deputy clerk):  21-cr-10183-WGY

**Name of Defendant**  Michael Mao

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC s 846 | Conspiracy to Distribute MDMA and Buprenorphine | 1 |
| Set 2 | 18 USC s 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Lowell      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. 21-cr-10183-WGY
Same Defendant _____    New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   See attached
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Sathtra Em    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** "Sarah," a/k/a "Sara"

**Address** (City & State) Lowell, MA

**Birth date (Yr only):** 1987   **SSN (last4#):** 2749   **Sex** F   **Race:** Asian   **Nationality:** United States

**Defense Counsel if known:** Carmine P. Lepore    **Address** One Sprague Street

**Bar Number** _____      Revere, MA 02151

## U.S. Attorney Information:

**AUSA** Fred M. Wyshak, III    **Bar Number if applicable** 674033

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 01/11/2023    **Signature of AUSA:** *Fred M. Wyshak, III*

**District Court Case Number** (To be filled in by deputy clerk): 21-cr-10183-WGY

**Name of Defendant** Sathtra Em

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC s 846 | Conspiracy to Distribute MDMA and Buprenorphine | 1 |
| Set 2 | 18 USC s 1956(h) | Money Laundering Conspiracy | 2, 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≽JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Lowell      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____      Case No. 21-cr-10183-WGY
Same Defendant _____      New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   See attached
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Kenneth Owen      **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

**Alias Name** "Apple," a/k/a "Carlos"

**Address**   (City & State) Charlotte Court House, VA

**Birth date (Yr only):** 2000   **SSN (last4#):** 0412   **Sex** M   **Race:** White   **Nationality:** United States

**Defense Counsel if known:** _____      **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Fred M. Wyshak, III      **Bar Number if applicable** 674033

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 01/11/2023      **Signature of AUSA:** *Fred M. Wyshak, III*

**District Court Case Number** (To be filled in by deputy clerk):   21-cr-10183-WGY

**Name of Defendant**   Kenneth Owen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC s 846 | Conspiracy to Distribute MDMA and Buprenorphine | 1 |
| Set 2 | 18 USC s 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. **II** Investigating Agency **FBI**

**City** Lowell

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. 21-cr-10183-WGY
Same Defendant **X** New Defendant ___
Magistrate Judge Case Number _____
Search Warrant Case Number See attached
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Sarath Yut  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Black," a/k/a "Khmao" a/k/a "Asian Warrior"

Address: (City & State) Lowell, MA

Birth date (Yr only): 1986  SSN (last4#): 3292  Sex: M  Race: Asian  Nationality: United States

Defense Counsel if known: Bradford E. Keene, Esq.  Address: Law Offices of Bradford E. Keene, PC

Bar Number: _____
7 Kimball Lane, Suite B
Lynnfield, MA 01940

## U.S. Attorney Information:

AUSA: Fred M. Wyshak, III  Bar Number if applicable: 674033

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested  ☑ Regular Process  ☑ In Custody

## Location Status:

Arrest Date: 06/10/2021

☑ Already in Federal Custody as of 06/10/2021 in Plymouth County Correctional
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/11/2023  Signature of AUSA: *Fred M. Wyshak, III*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): 21-cr-10183-WGY

**Name of Defendant**  Sarath Yut

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC s 1956(h) | Money Laundering Conspiracy | 3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| Warrant Issued Date | Search Warrant Case Number |
| --- | --- |
| 9/11/2019 | 19-MJ-1264-DLC |
| 10/4/2019 | 19-MJ-6437-MPK |
| 10/10/2019 | 19-MJ-1269-DLC |
| 10/10/2019 | 19-MJ-1270-DLC |
| 11/25/2019 | 19-MJ-1426-DLC |
| 11/25/2019 | 19-MJ-1427-DLC |
| 12/20/2019 | 19-MJ-1456-DLC |
| 12/20/2019 | 19-MJ-1457-DLC |
| 1/6/2020 | 20-MJ-1000-DLC |
| 1/10/2020 | 20-MJ-10-AJ (Dist. of NH) |
| 1/31/2020 | 20-MJ-1011-DLC |
| 2/5/2020 | 20-MJ-1014-DLC |
| 2/5/2020 | 20-MJ-1015-DLC |
| 3/2/2020 | 20-MJ-7019-JCB |
| 5/1/2020 | 20-MJ-1050-DLC |
| 5/4/2020 | 20-MJ-1051-DLC |
| 5/4/2020 | 20-MJ-1053-DLC |
| 5/4/2020 | 20-MJ-1055-DLC |
| 8/13/2020 | 20-MJ-1359-DLC |
| 3/4/2021 | 21-MJ-47-01-AJ (Dist. of NH) |
| 3/23/2021 | 21-MJ-77-01-AJ (Dist. of NH) |
| 5/3/2021 | 21-MJ-02178 (C. Dist. of CA) |
| 5/26/2021 | 21-MJ-1234-DLC |
| 5/26/2021 | 21-MJ-1235-DLC |
| 6/9/2021 | 21-MJ-1258-DLC |
| 6/9/2021 | 21-MJ-1259-DLC |
| 6/9/2021 | 21-MJ-1260-DLC |
| 6/9/2021 | 21-MJ-1261-DLC |
| 6/9/2021 | 21-MJ-1262-DLC |
| 6/9/2021 | 21-MJ-1263-DLC |
| 6/9/2021 | 21-MJ-1264-DLC |
| 6/9/2021 | 21-MJ-1265-DLC |
| 6/9/2021 | 21-MJ-1266-DLC |
| 6/11/2021 | 21-MJ-1380-DLC |